WILLIAM G. MALCOLM, #129271
KERRY MOYNIHAN, #250571
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,
WACHOVIA MORTGAGE**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-48725 |
| REFUGIO GUIZAR RIOS, | Chapter 13 |
| | **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| Debtor. | MEETING OF CREDITORS: |
| | DATE: November 05, 2009 |
| | TIME: 12:00 PM |
| | PLACE: Oakland U.S. Trustee Office |

**TO THE HONORABLE LESLIE J. TCHAIKOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR'S COUNSEL AND THE DEBTOR:**

Wachovia Mortgage ("Wachovia") is the holder of a secured claim recorded against property in which the Debtor has an interest. Wachovia is, therefore, a party in interest and has standing to object to the Debtor's Chapter 13 Plan.

Wachovia is the holder of a claim secured only by a security interest in real property commonly known as 7630 Ney Avenue, Oakland, California. The total amount that is due and owing under the Promissory Note is $368,731.29 and the pre-petition arrearage owed is $26,198.25.

A true and correct copy of Wachovia's Proof of Claim is attached and incorporated as Exhibit "1." Wachovia objects to the Debtor's Plan on the following grounds:

The Debtor's Plan fails to provide that post-petition monthly mortgage payments are to be tendered to Wachovia by the Debtor outside the Plan. The Plan also does not provide for the curing of the pre-petition arrears owed. See Exhibit "1" attached hereto. As the Plan does not provide for payment of the secured claim, the Plan does not satisfy §1322 or §1325.

Based on the foregoing, Wachovia respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payments of Wachovia's pre-petition arrearages and post-petition monthly mortgage payments.

DATED: November 07, 2009

Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation

/s/William G. Malcolm
WILLIAM G. MALCOLM
Attorney for Secured Creditor,
WACHOVIA MORTGAGE

Objection to Confirmation of Plan - 2 -

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
                              ) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On November 07, 2009, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

> Refugio Guizar Rios
> 3715 International Blvd.
> Oakland, CA 94601
>
> Steven L. Jacobs
> 14895 E. 14th St. #390
> San Leandro, CA 94578
>
> Martha G. Bronitsky
> P.O. Box 5004
> Hayward, CA 94540

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 07, 2009, at Irvine, California.

/s/ Keri Livingston
KERI LIVINGSTON