# United States Bankruptcy Court
## Northern District of California

In re: **Refugio Guizar Rios / Elena Layug Rios**, Debtor(s)

Case No. **09-48725**
Chapter **13**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Schedule A - To provide for Rental Properties to be surrendered and**
**Amended Schedule C**

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:

Date: January 11, 2010

/s/ Steven Jacobs
**Steven Jacobs 76871**
Attorney for Debtor(s)
**Law Offices of Steven Jacobs, Inc.**
**14895 East 14th Street, Suite 390**
**San Leandro, CA 94578**
**(510) 357-1499 Fax:(510) 357-5838**

In re **Refugio Guizar Rios,**
**Elena Layug Rios** Case No. **09-48725**
,
Debtors

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4260 Lancelot Dr., Concord, CA (To be surrendered)** | | C | 306,030.00 | 473,722.00 |
| **Secured Creditor: Countrywide Home Lending/Bank of America (1st and 2nd Deed of Trust)** **Claim Amount: $473,722.00** | | | | |
| **Commercial Property** **3715 International Blvd., Oakland, CA 94601** | | C | 120,000.00 | 248,000.00 |
| **Secured Creditor: M & T Bank** **Claim Amount: $248,000.00** | | | | |
| **Rental Property (To be surrendered)** **15884 Connolly Ave., San Lorenzo, CA 94580** | | C | 280,500.00 | 415,460.00 |
| **Secured Creditors: World Savings & Loan (1st & 2nd Deed of Trust)** | | | | |
| **Rental Property (To be surrendered)** **7630 Ney Ave., Oakland, CA** | | C | 211,500.00 | 440,914.00 |
| **Secured Creditors: Bank of America and World Savings & Loan** | | | | |

Sub-Total > 918,030.00 (Total of this page)

Total > 918,030.00

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (12/07)

In re **Refugio Guizar Rios,**
**Elena Layug Rios**
_____,
Debtors

Case No. **09-48725**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Commercial Property** | C.C.P. § 703.140(b)(5) | 1,000.00 | 120,000.00 |
| 3715 International Blvd., Oakland, CA 94601 | | | |
| Secured Creditor: M & T Bank | | | |
| Claim Amount: $248,000.00 | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Chase, San Leandro, CA | C.C.P. § 703.140(b)(5) | 100.00 | 100.00 |
| Checking Acct.# ending: 4607 | | | |
| Chase, Oakland, CA | C.C.P. § 703.140(b)(5) | 700.00 | 700.00 |
| Business Checking Acct.# ending: 8471 | | | |
| **Household Goods and Furnishings** | | | |
| **General Furnishings** | C.C.P. § 703.140(b)(3) | 1,850.00 | 1,850.00 |
| **Wearing Apparel** | | | |
| **Personal Possessions** | C.C.P. § 703.140(b)(3) | 740.00 | 740.00 |
| **Furs and Jewelry** | | | |
| **Jewelry** | C.C.P. § 703.140(b)(4) | 100.00 | 100.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2002 Toyota Tundra (10k miles) | C.C.P. § 703.140(b)(2) | 3,300.00 | 5,475.00 |
| | C.C.P. § 703.140(b)(5) | 2,175.00 | |
| **Inventory** | | | |
| **Business Value** | C.C.P. § 703.140(b)(5) | 17,850.00 | 20,000.00 |
| | Total: | 27,815.00 | 148,965.00 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt
Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Refugio Guizar Rios / Elena Layug Rios**  Case No. **09-48725**
Debtor(s)  Chapter **13**

# PROOF OF SERVICE BY MAIL

I, **Linda Reichhoff**, declare that I am a resident of or employed in the County of **Alameda**, State of **California**. My address is **Law Offices of Steven Jacobs, Inc., 14895 E. 14th St. #390, San Leandro, CA 94578**. I am over the age of eighteen years of age and am not a party to this case.

On **January 11, 2010**, I served the **AMENDED SCHEDULES A and C** on the parties listed below, by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at **San Leandro, CA** addressed as follows:

**Martha G. Bronitsky**
**Chapter 13 Trustee**
**P.O. Box 5004**
**Hayward, CA 94545**
**Office of the US Trustee**
**1301 Clay Street, Suite 690N**
**Oakland, CA 94612**

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on **January 11, 2010**.

*Linda Reichhoff*
**Linda Reichhoff**
**Signature**