DAVE M. McGRAW (State Bar No. 86389)
PATRICK K. McCLELLAN (State Bar No. 77352)
LAW OFFICES OF DAVE M. McGRAW
A Professional Corporation
2890 North Main Street, Suite 307
Walnut Creek, CA 94597-2738
(925) 944-0206

Attorneys for Movant
WELLS FARGO BANK, N.A.
Successor by merger to Wells Fargo Bank Southwest, N.A.
fka: Wachovia Mortgage, FSB

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Case No. 09-48725 |
| ) | Chapter 13 |
| REFUGIO GUIZAR RIOS, and ) | **ELOC: 15885 Connolly Avenue** |
| ELENA LAYUG RIOS, ) | |
| ) | WITHDRAWAL OF OBJECTION TO |
| ) | CONFIRMATION OF DEBTORS' |
| ) | CHAPTER 13 PLAN |
| ) | |
| ) | Date: January 15, 2009 |
| ) | Time: 9:00 a.m. |
| ) | Judge: Leslie J. Tckaikovsky |
| ) | Ctrm: 201 |
| Debtors. ) | Place: U.S. Bankruptcy Court |
| ) | 1300 Clay Street, Oakland, CA |

TO ALL INTERESTED PARTIES:

The above-entitled Objection to Confirmation is hereby withdrawn by Secured Creditor, WELLS FARGO BANK, N.A., for the reason that the disputes raised in said Objection have been resolved.

Dated: January 12, 2010                    LAW OFFICES OF DAVE M. McGRAW


By : /s/ Dave M. McGraw
DAVE M. McGRAW
Attorneys for Secured Creditor
WELLS FARGO BANK, N.A.

WITHDRAWAL OF OBJECTION TO CONFIRMATION
OF DEBTORS' CHAPTER 13 PLAN
C:\RIOS#1\WD OBJECTION/lne

1